No. 10-5401. John Walter Temple, Petitioner v. United States.

562 U.S. 919, 131 S. Ct. 291, 178 L. Ed. 2d 190, 2010 U.S. LEXIS 7424.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 376 Fed. Appx. 668.